RENE B. JOHNSON, Respondent, v. FRANCIS R. JOHNSON, Appellant.— Under the circumstances of this case the alternative direction for an open commission was warranted. However, it was an improvident exercise of discretion to impose the total burden of the expenses upon defendant at this stage of the proceedings. Only if plaintiff is eventually successful in the action should defendant be compelled to reimburse her for the expense of the attendance of her attorney at the examination to the extent indicated above. (See *Fitzgerald* v. *Fitzgerald*, 262 App. Div. 708.) Settle order on notice. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

In the Matter of the Accounting of CHASE MANHATTAN BANK et al., as Executors of EMILY E. HEPBURN, Deceased, Respondents. DANIEL A. BRENER et al., Individually and Doing Business as BRENER & LEWIS CO., Appellants.— No opinion. Concur — Botein, P. J., Rabin, Valente, Eager and Bergan, JJ. [30 Misc 2d 12.]

MARGIT SCHWARCZ, Respondent, v. NAT TENENBAUM, Defendant and Interpleading Plaintiff-Respondent. THEODORE CHARNAS, Interpleaded Defendant-Appellant.— No opinion. Concur — Botein, P. J., Rabin, Valente, Eager and Bergan, JJ.